VOL 1 OF 1

*1420·11*

COA NO: 14-10-00266-CR

CCRA NO._____

**Jovany Jampher Paredes**
*Appellant*

**Capital Murder**
*Offense*

**Life Without Parole, TDCJ**
*Punishment*

# ELECTRONIC
# RECORD

**Harris**
*County*

Trial Court **337th District Court**
Trial Court No. **1241896**
Trial Court Judge

MOTION FOR
REHEARING IS
ON

JUSTICE

Disposition **Affirmed**
Date **08/23/2011**
Justice **Anderson**
Publish _____
DNP_____

PC _____      S ___x___

CLK RECORD
RPT RECORD
STATE BRIEF yes
APPELLANT BRIEF yes
SUPP CLK RECORD
SUPP BRIEF
PRO SE BRIEF

## IN COURT OF CRIMINAL APPEALS

_____ *APPELLANT'S* PETITION FOR

DISCRETIONARY REVIEW IN CCRA

IS _Granted & remanded_ ON

_8-21-2013_

JUDGE: _PC_____

CCRA DISPOSITION_____

_____

SIGNED:_____PC:_____

JUDGE: _____

_____MOTION FOR

REHEARING IS CCRA IS_____

ON_____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS

_____

ON_____

JUDGE: _____